UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | )<br>)<br>) |
| v. | )   Civil Action No. |
| $99,000 IN UNITED STATES<br>CURRENCY,<br>        Defendant. | )<br>)<br>)<br>)<br>) |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, in a civil action of forfeiture pursuant to 21 U.S.C. § 881(a)(6) alleges that:

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355. Venue is appropriate pursuant to 28 U.S.C. § 1395.

2. The defendant property consists of:

   $99,000 in United States currency, seized from Riel S. Mills at Logan International Airport in Boston, Massachusetts on December 14, 2015 (the "Currency").

3. As detailed in the Affidavit of Joseph A. Gaeta, Special Agent of the United States Immigration and Customs Enforcement, Homeland Security Investigations, attached as Exhibit A and incorporated herein by reference, the Currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6), because it represents moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. §§ 841 and/or 846, proceeds traceable to such an exchange, and/or moneys, negotiable instruments, and

securities used or intended to be used to facilitate such a violation.

WHEREFORE, the United States of America prays:

1.  That a Warrant and Monition, in the form submitted herewith, be issued to the United States Marshals Service, commanding it to retain custody of the Currency, and to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed;

2.  That judgment of forfeiture be decreed against the Currency;

3.  That thereafter, the Currency be disposed of according to law; and

4.  For costs and all other relief to which the United States may be entitled.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney,

By: /s/ Eve A. Piemonte
EVE A. PIEMONTE, B.B.O. #628883
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
eve.piemonte@usdoj.gov

Dated: August 8, 2016

## VERIFICATION

I, Joseph A. Gaeta, Special Agent, United States Immigration and Customs Enforcement, Homeland Security Investigations, state that I have read the foregoing Verified Complaint for Forfeiture *in Rem* and the Affidavit, attached as Exhibit A, and that the contents thereof are true to the best of my knowledge, information and belief.

_____
Joseph A. Gaeta, Special Agent
United States Immigration and Customs Enforcement

Dated: 8/8/2016

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                                                          Boston

Then personally appeared before me the above-named Joseph A. Gaeta, Special Agent United States Immigration and Customs Enforcement, Homeland Security Investigations, who acknowledged the foregoing to be true to the best of his knowledge, information and belief, on behalf of the United States of America.

Subscribed to and sworn to before me this 8th day of August, 2016.

JEAN L. JAMIESON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 12, 2021

Notary Public
My Commission Expires: 3/12/2021